CO-386-online
10/03

# United States District Court
# For the District of Columbia

Horizon Speciality Hospital - El Paso     )
                                          )
                                          )
                                          )
          vs          Plaintiff           )     Civil Action No._____
                                          )
Michael O. Leavitt, in his official Capacity as Secretary of the )
US Department of Health and Human Services, c/o General )
Counsel, Department of Health and Human Services, 200 )
Independence Avenue, S.W. Washington, DC 20201 )
                                          )
                    Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Horizon Speciality Hospital - El Paso__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Horizon Speciality Hospital - EL Paso__ which have any outstanding securities in the hands of the public:

Neither Horizon Speciality Hospital - El Paso nor its parent company, Lyric Health Care, LLC. are publicly traded corporations.

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record

                                          _[signature]_____
                                          Signature

PA ID#46559                               Louis J. Capozzi, Jr.
BAR IDENTIFICATION NO.                    Print Name

                                          2933 North Front Street
                                          Address

                                          Harrisburg       PA         17110
                                          City             State      Zip Code

                                          (717) 233-4101
                                          Phone Number