AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Horizon Specialty Hospital - EL Paso
2301 N. Oregon Street
El Paso, Texas 79902
        Plaintiff

V.

Michael O. Leavitt, in his official capacity as Secretary of the U.S. Department of
Health and Human Services,
c/o General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201
        Defendant

**SUMMONS IN A CIVIL CASE**

CASE N

Case: 1:07-cv-01076
Assigned To : Friedman, Paul L.
Assign. Date : 6/15/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Jeffrey A. Taylor, Esquire
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
555 4th Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis J. Capozzi, Jr., Esquire
Capozzi and Associates, P.C.
2933 North Front Street
Harrisburg, PA 17110

an answer to the complaint which is served on you with this summons, within    **60**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        JUN 15 2007
CLERK                                                      DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 21, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Karen L. Fisher | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service via U.S. Certified Mail; P.S. Form 3811; Receipt # 7003 2260 0000 2421 4803; addressed to Jeffrey A. Taylor, Esq., US Attorney for District of Columbia, Attn: Civil Process Clerk, 555 4th St, N.W. Washington D.C. 20530.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | | $6.62 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 21, 2007           *Karen L. Fisher*
                  Date                          *Signature of Server*

2933 N. Front St, Harrisburg, Pa 17110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Camity Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 2 5 2007 |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor, Esq.<br>US Attorney for Dist of Columbia<br>Attn: Civil Process Clerk<br>555 4th Street, N.W.<br>Washington DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7003 2260 0000 2421 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540