UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HORIZON SPECIALTY HOSPITAL – EL PASO, <br><br>        Plaintiff, <br><br>v. <br><br>MICHAEL O. LEAVITT, Secretary, <br>U.S. Department of Health <br>and Human Services, <br><br>        Defendant. | Case No. 1:07-CV-01076 (PLF) |

## ANSWER

Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, answers Plaintiff's Complaint ("the Complaint") as follows:

### FIRST DEFENSE

Plaintiff's claims arise solely under Title XVIII of the Social Security Act, 42 U.S.C. § 1395 et seq. ("the Medicare statute"), and the Court's subject matter jurisdiction is limited to review of any final agency actions that are within the scope of 42 U.S.C. § 1395oo(f)(1).

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

THIRD DEFENSE

Using the same numbered paragraphs as the Complaint, the Secretary answers Plaintiff's allegations in the numbered paragraphs of the Complaint as follows:

1. Sentence one contains Plaintiff's characterizations of this action, not allegations of fact, and thus no response is required. The remainder of this paragraph contains conclusions of law, not allegations of fact, and thus no response is required.

2. Admits, except to deny the extent to which the Secretary, Michael O. Leavitt, is solely responsible for the administration of the Medicare program. By way of further answer, the Secretary avers that he has delegated considerable authority for the administration of the Medicare program to the Administrator of the Centers for Medicare and Medicaid Services ("CMS") (formerly the Health Care Financing Administration).

3. Admits.

4. Denies.

5. Denies sentences one and two, except to admit that the Provider Reimbursement Review Board ("PRRB") acknowledged receipt of Plaintiff's appeal request on April 9, 2007, and that Plaintiff filed an initial appeal of a revised Notice of Program Reimbursement ("NPR") dated June 13, 2006. Admits sentence three.

6. Admits.

7. Denies sentences one and two. Admits sentence three except to the extent the sentence implies that Plaintiff's preliminary position paper was properly filed.

8. Admits, except to the extent that Plaintiff's appeal request is characterized as a proper appeal.

9. Admits.

10-11. Denies.

12. Admits sentence two. Denies the remainder of this paragraph.

13-14. These paragraphs do not contain allegations of fact but, rather, contain characterizations of Plaintiff's motives and, as such, Defendant lacks knowledge of information sufficient to allow him to admit or deny the allegations contained therein.

15. Admits.

16. Admits.

17. Denies.

18. This paragraph contains Plaintiff's characterizations of this action and of 42 U.S.C. § 1395oo(f) and 42 C.F.R. § 405.1877(b), not allegations of fact, and thus no response is required. The Secretary denies any characterization of the cited statute and regulation, which speak for themselves, and respectfully refers the Court to the cited authorities for a complete and accurate statement of their contents.

19. Admits.

20. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, however, the Secretary denies.

The remaining portions of the Complaint contain Plaintiff's prayer for relief, not allegations of fact, and thus no response is required; to the extent a response is deemed necessary, the Secretary denies. Except to the extent expressly admitted or qualified above the Secretary denies each and every allegation in the Complaint.

The Secretary respectfully requests the Court to enter judgment affirming the validity of the challenged agency actions, dismissing the Complaint and action with prejudice, and awarding Defendant costs and such other relief as the Court may deem appropriate.

    The Secretary is filing separately the certified one-volume administrative record for this action.

August 21, 2007                              Respectfully submitted,

                                              /s/
                                     JEFFREY A. TAYLOR
                                     United States Attorney
                                     D.C. Bar No. 498610

                                     Respectfully submitted,


                                     MEGAN L. ROSE
                                     Assistant United States Attorney
                                     N.C. Bar No. 28639
                                     United States Attorney's Office
                                     Civil Division
                                     555 4th Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7220


                                     LINDA KEYSER
                                     Attorney
                                     U.S. Department of Health and Human Services
                                     Office of the General Counsel
                                     Centers for Medicare & Medicaid Services Division
                                     Room 5344, Cohen Building
                                     330 Independence Avenue, S.W.
                                     Washington, D.C. 20201
                                     202-205-8779
                                     Facsimile: (202) 401-1405

                                     Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August _21_, 2007, an electronic copy of the foregoing Defendant's Answer will be served on Plaintiff's counsel via the United States District Court's Electronic Case Filing system.

Respectfully submitted,

_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

Counsel for Defendant