**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HORIZON SPECIALTY HOSPITAL – EL PASO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1076  (PLF) |
| | ) | ECF |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of

Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007                    Respectfully submitted,


                                   /s/
                                   MEGAN L. ROSE, NC Bar No. 28639


                                   /s/
                                   CHARLOTTE A. ABEL
                                   D.C. Bar No. 388582
                                   Assistant United States Attorney
                                   555 Fourth St., N.W.
                                   Washington, D.C. 20530
                                   (202) 307-2332