UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORIZON SPECIALTY HOSPITAL – EL PASO: <br> 2301 N. Oregon Street <br> El Paso, TX 79902 <br><br>     Plaintiff, <br><br> v. <br><br> Michael O. Leavitt, in his official capacity <br> As Secretary of the U.S. Department of <br> Health And Human Services, <br> c/o General Counsel <br> Department of Health and Human Services <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201 <br><br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : CASE NUMBER: 1:07-cv-01076 <br> : <br> : <br> : <br> : Statutory Appeal pursuant to <br> : 42 U.S.C. § 1395oo(f) from <br> : final decision of the Provider <br> : Reimbursement Review <br> : Board (PRRB) |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

The parties in the above-referenced matter respectfully submit this notice to voluntarily dismiss this civil action pursuant to Federal Rule of Civil Procedure 41(a). Plaintiff, Horizon Specialty Hospital – El Paso, through his Counsel requests this Dismissal and Counsel for Defendant concurs with voluntary dismissal of this action.

WHEREFORE, the parties respectively file this notice and voluntarily dismiss the above-referenced civil action.

Respectfully submitted,

_____
Louis J. Capozzi, Jr., Esquire
CAPOZZI AND ASSOCIATES, P.C.
2933 North Front Street
Harrisburg, PA 17110-1250
Telephone: [717] 233-4101
[Attorneys for HSH-El Paso, Plaintiff]

_____
JEFFREY A. TAYLOR
Untied States Attorney
D.C. Bar No. 498610

_____
CHARLOTTE A. ABEL
Assistant United States Attorney
D.C. Bar No. 388582
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332 / FAX: (202) 514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

HORIZON SPECIALTY HOSPITAL – EL PASO: :
2301 N. Oregon Street :
El Paso, TX 79902 :
:
    Plaintiff, :
:
vi. :
:
Michael O. Leavitt, in his official capacity : CASE NUMBER: 1:07-cv-01076
As Secretary of the U.S. Department of :
Health And Human Services, :
c/o General Counsel :
Department of Health and Human Services : Statutory Appeal pursuant to
200 Independence Avenue, S.W. : 42 U.S.C. § 1395oo(f) from
Washington, D.C. 20201 : final decision of the Provider
: Reimbursement Review
    Defendant. : Board (PRRB)

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Parties' Joint Stipulation for Voluntary Dismissal, it is hereby ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a).

BY THE COURT:

_____

_____
Date