UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

HORIZON SPECIALTY HOSPITAL – EL PASO:
2301 N. Oregon Street
El Paso, TX 79902

    Plaintiff,

vi.

Michael O. Leavitt, in his official capacity
As Secretary of the U.S. Department of
Health And Human Services,
c/o General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

    Defendant.

**FILED**

JAN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

: CASE NUMBER: 1:07-cv-01076

: Statutory Appeal pursuant to
: 42 U.S.C. § 1395oo(f) from
: final decision of the Provider
: Reimbursement Review
: Board (PRRB)

## ORDER

AND NOW, this 24th day of January, 2008, upon consideration of the Parties' Joint Stipulation for Voluntary Dismissal, it is hereby ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a).

BY THE COURT:

_____

1/24/08
Date